

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane Liss,

                Plaintiff,

-against-

Heritage Health & Housing, Inc.,

                Defendant.

1:19-cv-04797 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      As the deadline for the completion of discovery in this action was September 11, 2020 (*see* Order, ECF No. 31), it is hereby Ordered that, no later than Tuesday, September 22, 2020, the parties shall file a joint letter indicating whether either party intends to file a dispositive motion and, if so, setting forth a proposed briefing schedule.

**SO ORDERED.**

DATED:    New York, New York
              September 15, 2020

_____
STEWART D. AARON
United States Magistrate Judge