## Joseph & Kirschenbaum LLP
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |

August 30, 2021

# MEMO ENDORSED

Hon. Laura Taylor Swain
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

        *Re:*    *Liss v. Heritage Health & Housing, Inc*
              **Index No. 19-cv-4797 (LTS) (SDA)**

Dear Judge Swain:

      We represent Plaintiff Jane Liss in the above-captioned action. We write on behalf of both parties to respectfully request an adjournment of the final pretrial conference scheduled for September 10, 2021. *See* ECF Dkt. No. 52. The reason for this request is that Defendant's motion for summary judgment remains pending. *See id.* (*sua sponte* adjourning the May pretrial conference to September in light of Defendant's pending motion). The parties respectfully request that the Court reschedule the final pretrial conference at the time it issues a decision on Defendant's motion.

      We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              /s/Lucas C. Buzzard
                                              Lucas C. Buzzard

The foregoing adjournment request is granted. The final pre-trial conference is hereby scheduled for January 14, 2022 at 11:00 a.m.
SO ORDERED.
9/2/2021
/s/ Laura Taylor Swain, Chief USDJ