UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE LISS,

                         Plaintiff(s),                 19-CV-4797-LTS-SDA

      -v-

HERITAGE HEALTH & HOUSING INC.,

                        Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for January 14, 2022, is rescheduled to **April 1, 2022, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
          January 3, 2022

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge