UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE LISS,

                           Plaintiff(s),                  19-CV-4797-LTS-SDA

    -v-

HERITAGE HEALTH & HOUSING INC.,

                           Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for April 1, 2022, is rescheduled to **July 15, 2022, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         March 15, 2022

                                                        /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge