UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE LISS,

                     Plaintiff(s),            19-CV-4797-LTS-SDA

    -v-

HERITAGE HEALTH & HOUSING INC.,

                     Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for July 15, 2022, is rescheduled to **October 28, 2022, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         July 1, 2022

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge