UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE LISS,

                    Plaintiff(s),            19-CV-4797-LTS-SDA

    -v-

HERITAGE HEALTH & HOUSING INC.,

                    Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for October 28, 2022, is rescheduled to **February 3, 2023, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        October 14, 2022

                                      /s/  Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      United States District Judge