UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE LISS,

                Plaintiff(s),         19-CV-4797-LTS-SDA

-v-

HERITAGE HEALTH & HOUSING INC.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion, the final pretrial conference scheduled for February 3, 2023, is rescheduled to **May 19, 2023, at 10:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        January 30, 2023

                                                  /s/  Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge