**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JANE LISS,

                    Plaintiff,

    -against-                                   19 **CIVIL** 4797 (LTS)(SDA)

                                                       **JUDGMENT**

HERITAGE HEALTH & HOUSING, INC.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order and Opinion dated February 28, 2023, Heritage's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        February 28, 2023

                                                       **RUBY J. KRAJICK**

                                                       _____
                                                            **Clerk of Court**

                                       **BY:**    *K. Mango*
                                                             _____
                                                            **Deputy Clerk**